SAO
MARISSA R. TEMPLE, ESQ.
Nevada Bar No.: 9028
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
Email: mtemple@rmcmlaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KARMIK KAZANCHIAN, an individual, | CASE NO.: 2:20-cv-00210-KJD-BNW |
| Plaintiff, | |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I through X, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO CONTINUE TRIAL**
**(FIRST REQUEST)**

Defendant, State Farm Mutual Automobile Insurance Company, by and through its attorneys of record, Marissa R. Temple, Esq. of Rogers, Mastrangelo, Carvalho & Mitchell, and Plaintiff, Harmik Kazanchian, by and through his attorneys of record, Andrew Thomas, Esq. of the Law Offices of Steven M. Burris, hereby stipulate and agree that the trial in this matter currently scheduled for **November 14, 2022** be continued to the Court's next available trial stack in January 2023 or February 2023, pursuant to LR IA 6-1 and LR 26-3.

Good cause exists for the requested continuance. The trial in this matter will require a full five days of trial time. Only two weeks on the current three-week stack are full trial weeks due to the Thanksgiving holiday. Plaintiff's counsel was recently set for a one week trial in Eighth Judicial District Court with a firm setting of November 14, 2022. Counsel for defense has expert availability issues throughout the stack. The parties did not recognize this conflict until this week, thereby necessitating the trial continuance and the filing of the instant stipulation.

*Kazanchian v. State Farm Mutual Automobile Insurance Company, 2:20-cv-00210-KJD-BNW*
*Stipulation and Order to Continue Trial*

The parties' failure to file the instant request for continuance prior to now was the result of excusable neglect. Defendant's expert was initially thought to be available for several weeks during November and December. However, counsel for Defendant recently learned that her expert is scheduled to travel out of the country for several weeks in November and December, including during the trial stack on which this trial is currently scheduled to be heard. Furthermore, Plaintiff's counsel was recently scheduled for a firm trial in District Court on November 14, 2022, limiting his availability. Defense counsel was just recent made aware of that trial setting. Due to the competing scheduling issues, the parties are unable to find a full week on the current stack for this case to proceed. While the case is ready for trial and the parties are eager to proceed, the parties see no choice but to continue to the next trial stack. Based on the foregoing, the parties respectfully request that the Court grant the parties stipulated request for trial continuance.

Now, therefore, **IT IS HEREBY STIPULATED** by and between all the parties to this action as follows:

1. That **Trial** in this action, currently set for November 14, 2022, be continued to Court's next available trial stack in January, 2023 or February, 2023.

**SO STIPULATED.**

DATED this 26th day of October, 2022.

LAW OFFICES OF STEVEN M. BURRIS

*/s/ Andrew Thomas*
_____
ANDREW THOMAS, ESQ.
Nevada Bar No. 17
2810 West Charleston Blvd., Suite F-58
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

DATED this 26th day of October, 2022.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

*/s/ Marissa R. Temple*
_____
MARISSA R. TEMPLE, ESQ.
Nevada Bar No.: 9028
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*

*Kazanchian v. State Farm Mutual Automobile Insurance Company, 2:20-cv-00210-KJD-BNW*
*Stipulation and Order to Continue Trial*

### ORDER

Based on the Stipulation of the parties, and good cause appearing therefor, **IT IS ORDERED** that the trial in this action, currently set for November 14, 2022 be and hereby is continued to January 23, 2023 at 9:00 a.m. with Calendar scheduled for January 17, 2023 at 9:30 a.m. in courtroom 4A..

IT IS SO ORDERED this 2nd day of November, 2022.

_____
U.S. DISTRICT COURT JUDGE

Submitted by:

ROGERS, MASTRANGELO, CARVALHO
& MITCHELL

*/s/ Marissa R. Temple*
_____
MARISSA R. TEMPLE, ESQ.
Nevada Bar No.: 9028
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*