**STEVEN M. BURRIS, ESQ.**
Nevada Bar No. 000603
sb@steveburrislaw.com
**ANDREW J. THOMAS, ESQ.**
Nevada Bar No. 000017
at@steveburrislaw.com
**LAW OFFICES OF STEVEN M. BURRIS**
2810 W. Charleston Boulevard, Suite F-58
Las Vegas, Nevada 89102
(702) 258-6238 - Telephone
(702) 258-8280 - Facsimile

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARMIK KAZANCHIAN, an individual, | Case No. 2:20-cv-00210-KJD-BNW |
| Plaintiff, | |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and, DOES I through X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER TO CONTINUE TRIAL
### (SECOND REQUEST)

Plaintiff  Harmik Kazanchian, by and through his attorneys of record, Andrew J. Thomas, Esq. of the Law Offices of Steven M. Burris,  and Defendant State Farm Mutual Automobile Insurance Company, by and through its attorneys of record, Marissa R. Temple, Esq. of Rogers, Mastrangelo, Carvalho & Mitchell, hereby stipulate and agree that the trial in this matter currently scheduled for the January 23, 2023 / January 24, 2023 trial stack be continued to the Court's next available trial stack after August 1, 2023, pursuant to LR IA 6-1 and LR 26-3.

Good cause exists for the requested continuance.  The trial in this matter will require a full five days of trial time. Plaintiff's counsel has just learned that Plaintiff has been diagnosed with cancer and is currently undergoing chemotherapy.  Plaintiff's attorney is informed that the Plaintiff is expected to have several more weeks of chemotherapy and then will be expected to have surgery.

Law Offices Of
**STEVEN M. BURRIS**
*A Limited Liability Corporation*
2810 W. Charleston Boulevard
Suite F-58
Las Vegas, Nevada 89102

*Harmik Kazanchian v. State Farm Mutual Automobile Insurance Company, et al.*
Case No. 2:20-cv-00210-KJD-BNW

For this reason, Plaintiff will be unable to attend and participate in the trial at the time of the January 23, 2023 / January 24, 2023 trial stack.

Plaintiff's counsel was not informed of Plaintiff's diagnosis until today, December 28, 2022, thereby necessitating the trial continuance and the filing of the instant stipulation.  The parties' failure to file the instant request for continuance prior to now was the result of excusable neglect.

The case is ready for trial.  A continuance is necessary until after the Plaintiff completes his cancer treatment.

Based on the foregoing, the parties respectfully request that the Court grant the parties stipulated request for trial continuance.

Now, therefore, **IT IS HEREBY STIPULATED** by and between all the parties to this action as follows:

1.    That Trial in this action, currently scheduled for the January 23, 2023 / January 24, 2023 trial stack be continued to Court's next available trial stack after August 1, 2023.

**IT IS SO STIPULATED.**

DATED this 28th day of December, 2022.

DATED this 28th day of December, 2022.

LAW OFFICES OF STEVEN M. BURRIS

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

*/s/ Andrew J. Thomas*

*/s/ Marissa R. Temple*

By:_____

By:_____

Steven M. Burris, Esq.
Nevada Bar No. 000603
sb@steveburrislaw.com
Andrew J. Thomas, Esq.
Nevada Bar No. 000017
at@steveburrislaw.com
2810 W. Charleston Blvd., Suite F-58
Las Vegas, Nevada  89102
*Attorneys for Plaintiff*
*HARMIK KAZANCHIAN*

Stephen H. Rogers Esq.
Nevada Bar No. 005755
Marissa R. Temple, Esq.
Nevada Bar No. 009028
Charles A. Michalek, Esq.
Nevada Bar No. 005721
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant STATE FARM*
*MUTUAL AUTOMOBILE INSURANCE*
*COMPANY*

. . .

*Harmik Kazanchian v. State Farm Mutual Automobile Insurance Company, et al.*
Case No. 2:20-cv-00210-KJD-BNW

### **ORDER**

Based on the Stipulation of the parties, and good cause appearing therefor, IT IS

ORDERED that the trial in this action, currently scheduled for the January 23, 2023 trial stack

be and hereby is continued to November 13, 2023, at 9:00 a.m. with Calendar scheduled for

November 7, 2023, at 9:30 a.m. in courtroom 4A.

IT IS SO ORDERED.

DATED: 12/28/2022

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

LAW OFFICES OF STEVEN M. BURRIS

By:_____/s/ Andrew J. Thomas_____
Steven M. Burris, Esq.
Nevada Bar No. 000603
sb@steveburrislaw.com
Andrew J. Thomas, Esq.
Nevada Bar No. 000017
at@steveburrislaw.com
2810 W. Charleston Blvd., Suite F-58
Las Vegas, Nevada  89102
*Attorneys for Plaintiff*
*HARMIK KAZANCHIAN*