1  STEPHEN H. ROGERS, ESQ.
   Nevada Bar No. 5755
2  JEFFREY H. BALLIN, ESQ.
   Nevada Bar No.: 4913
3  ROGERS, MASTRANGELO, CARVALHO & MITCHELL
   700 South Third Street
4  Las Vegas, Nevada 89101
   Phone (702) 383-3400
5  Fax (702) 384-1460
   Email: srogers@rmcmlaw.com
6         jballin@rmcmlaw.com
   *Attorneys for Defendant*
7

8  UNITED STATES DISTRICT COURT

9  DISTRICT OF NEVADA

10

11 HARMIK KAZANCHIAN, an individual,    CASE NO.: 2:20-cv-00210-KJD-BNW

12                Plaintiff,

13 vs.

14 STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY; and DOES I through
15 X, inclusive,

16                Defendants.

17

18

19 **STIPULATION AND ORDER FOR DISMISSAL**

20    IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through

21 their respective counsel of record, that all claims in the above-entitled matter be dismissed with

22 prejudice, all parties to bear their own costs and attorney's fees.

23

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

The trial in this case is currently set for November 13, 2023. There are no motions that are pending.

DATED this 8 day of December, 2023.

BURRIS & THOMAS, LLC

/s/ Andrew J. Thomas

Andrew J. Thomas, Esq.
Nevada Bar No. 000017
2810 West Charleston Blvd., Suite F-58
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

DATED this ___ day of _____, 2023.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ Stephen H. Rogers

Stephen H. Rogers, Esq.
Nevada Bar No. 5755
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED** that pursuant to the Stipulation of the parties hereto, that the November 13, 2023 trial be vacated, that this case may be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 8th day of December, 2023.

_____
KENT DAWSON
United States District Court Judge

Submitted by:

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ Stephen H. Rogers

Stephen H. Rogers, Esq.
Nevada Bar No. 5755
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*